UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 28, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JASON LIVAI, ) <br> Defendant. ) <br> _____ ) | Case No. 2:15-mj-00180-DB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, JASON LIVAI, Case No. 2:15-mj-00180-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Previously Ordered Supervised Release Conditions

____ Bail Posted in the Sum of: $

    ____ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) <u>Conditions as stated on the record.</u>

    __X__ (Other) <u>The Defendant is ordered to report to his assigned Probation Officer within 24 hours of being released from custody.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __10/28/2019__ at __2:25 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge